AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:22-mj-489 (SDV) |
| JAKE SCOTT FLEWELLYN | ) | |
| *Defendant* | ) | |

MAY 11 2022 PM4:30
FILED - USDC - BPT - CT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    JAKE SCOTT FLEWELLYN                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

From approximately November 2021 through approximately April 2022, the exact dates being unknown, in the District of Connecticut, the defendant JAKE SCOTT FLEWELLYN committed the following offenses: distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2), and accessing with intent to view child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B).

Date:    05/11/2022                                                                    SDV
                                                                              *Issuing officer's signature*

City and state:    Bridgeport, CT                                 Hon S. Dave Vatti, U.S. Magistrate Judge
                                                                              *Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/11/2022 , and the person was arrested on *(date)* 5/11/2022
at *(city and state)* Bridgeport, CT .

Date:  5/11/2022

*Arresting officer's signature*

Michael Seyrax, FBI Special Agent
*Printed name and title*