UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:23-CR-138 (MPS) |
| v. | VIOLATION: |
| JAKE SCOTT FLEWELLYN | 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) (Possessing and Accessing with Intent to View Child Pornography) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Possessing and Accessing with Intent to View Child Pornography)

1. From in or about November 2021 to in or about April 2022, the exact dates being unknown to the United States Attorney, in the District of Connecticut, the defendant JAKE SCOTT FLEWELLYN did knowingly possess and access with intent to view material containing images of child pornography, as that term is defined in Title 18, United States Code, Section 2256(8), including but not limited to, files titled "1770a8be-0b42-458e-8f77-e03e31fa7467.mp4" and "335d43de-383f-4163-abcb-55ca2dac8f2b.mp4," some of which involved a prepubescent minor or a minor who had not attained 12 years of age, knowing that the material contained visual depictions of minors engaged in sexually explicit conduct, which had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

FORFEITURE ALLEGATION

2. Upon conviction of the offense alleged in Count One of this Information, the defendant JAKE SCOTT FLEWELLYN shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), all right, title, and interest in any property used or intended

to be used to commit or promote the commission of the said offense, all property constituting or traceable to gross profits or other proceeds obtained from such offense, and all visual depictions described in Title 18, United States Code, Sections 2251-2252, and any book, magazine, periodical, film, videotape, or other matter containing any such visual depiction, which was produced, transported, mailed, shipped, or received in committing such offenses, including, but not limited to, the following item: one Apple iPhone XR, bearing serial number FK1XN4XGKXKN.

      3.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 2253; Title 21, United States Code, Section 853; and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

UNITED STATES OF AMERICA

_/s/ Vanessa Roberts Avery_
VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

_/s/ Robert S. Dearington_
ROBERT S. DEARINGTON
ASSISTANT UNITED STATES ATTORNEY

2