## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>JAKE SCOTT FLEWELLYN | No. 3:23cr138(MPS) |

## <u>ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS</u>

Having reviewed the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea.  I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted.  Accordingly, a finding of guilty shall enter forthwith.

IT IS SO ORDERED.


_____/s/_____
Michael P. Shea, U.S.D.J.


Dated:      Hartford, Connecticut
            August 28, 2023