# EXHIBIT A

September 28, 2023

Hon. Michael P. Shea
United States District Judge
United States District Court
450 Main Street
Hartford, Connecticut 06510 06103

Dear Judge Shea,

I would like to introduce myself and my husband.  Our names are Gerri and Scott Flewellyn and we are Jake's parents.  I am the former operator, director and taught for over 30 years at Apple Tree Pre-School in Norwalk, Connecticut.  I retired from this position in August of this year when I made the decision to sell the business.  My role has been to operate a highly reputable pre-school in which we provided love and care for so many children over the years.  We have been a part of so many children's lives to watch them grow, learn and thrive in a safe caring environment in or community.  Apple Tree Pre-School is always a safe and happy place where the children's parents have expressed how we have given all the children that have attended our school over the years, the best start in their life to prepare them for their future success.

My husband Scott, has been a certified electrician for over 30 years and has been a knowledgeable and safe electrician for the community.  Customers and companies that he has worked for feel he is reliable, hard-working and provides dependable electrical services for the safety and wellbeing of homes and businesses in the Fairfield County area.

Scott and I were happily married in 1995.  We were both born and raised by caring, loving parents in Norwalk, of which has impacted our strong family values and morals.  We have two boys; Jake was born in 1997, and Tommy in 2002. When Jake was born, it was a joyous occasion for us and our families.  Jake was a beautiful, healthy baby boy.  He was always smiling and laughing as he grew into the toddler years.  He was a very happy, active little boy, who was always on the move.

As he grew into preschool/school years, Jake was a good student, always admired by his teachers, always eager to learn and made many friends.  He enjoyed playing outside with his friends; this is where he found his love for sports.  Jake played baseball, football, soccer and his passion was the love for hockey.  Jake received many awards for his dedication and hard work for playing hockey; he was even awarded the coaches award.

In high school he was the captain of his high school hockey team and was admired by his teammates, coaches and their parents for his leadership skills, respect and most of all his commitment and sportsmanship.  Jake also played with a traveling hockey team, and my father in law accompanied us and was his biggest fan.  It was Jake's grandfather's 85th birthday and Jake skated by him and said "Pa, I'm going to score a hat-trick for you and win the tournament".  Jake was extremely close to my father-in-law and admired his kindness and dedication to family.  Jake went on to play a terrific game, and scored that hat-trick as promised.  His team went on to win the tournament.  When the game was over, Jake skated over to the glass where his grandfather stood with trophy in hand and said "Pa, this is for you!  I love you … happy birthday"!

Jake also has a love for fishing. This requires a lot of patience and skill, of which he mastered and enjoyed weekly excursions fishing together with both of his grandfathers.

Our family and friends have gone on numerous vacations together, of which Jake enjoyed immensely especially due to the close relationship he had with both sets of grandparents.  I recall one trip to Jamaica when Jake caught a sailfish along with his father and Uncle Kevin; the joy in his eyes was amazing to see as he reeled in the fish without any help from the captain of the boat.

My husband and I are writing this letter wholeheartedly, to endorse our son Jake of whom possesses a heart of gold, immense kindness and tremendous compassion.  From the moment Jake entered this world, it was evident that he was destined to make a positive impact on the lives of those around him, especially his family and friends of which he loves dearly.  His innate sense of empathy and his willingness to go above and beyond to help others has always been his defining attribute.

As a preadolescent, Jake and his friend from next door were told a dog was lost in the neighborhood.  They hopped on their bikes and continuously looked for this lost dog until found and returned to his owner.  Shortly thereafter, when playing street hockey with the neighbor in our driveway, which they always did up to their teenage years he had hit a hockey ball and accidentally broke the car rearview mirror.  He stopped playing and proceeded to the neighbor's door to tell them.  They were not home at the time, so he wrote a letter and put it in their mailbox stating that he would pay for the damages to the car.  I was unaware he did this until our neighbor (Sean Won) came over to our door and commanded Jake for his honesty and bravery.

While attending night school at Bullard Haven in Bridgeport, he encountered a litter of kittens under the bushes.  He found that one had been hit by a car, while the others were still in danger.  He came home to Norwalk and was concerned for their safety.  He returned to Bridgeport shortly thereafter with his girlfriend to see if he could save the kittens from harm.  As only one was still remaining, he brought it home and they nurtured the kitten to good health and remains with Ali and her mother.

Throughout his life, I have witnessed Jake demonstrate an incredible level of kindness and honesty. Jake has a compassionate nature of which is a fundamental part of his character.  He consistently prioritizes the wellbeing and happiness of others.  Jake has an uncanny ability to connect with his family and friends, in a deep emotional level.  He listens attentively and offers support without judgement and provides comfort in times of distress.

Jake is also an excellent cook.  He is currently employed full time with Simply Delicious, of which is a culinary catering business in Norwalk of which he thoroughly enjoys and has an interest in furthering his skills.  His passion is creating meals for family and friends and enjoys being together at our nightly family dinners and gatherings.  Jake treats everyone with respect and fairness; his actions are a testament to his unwavering commitments to the people he works with at his job.

We are immensely proud of the person Jake has become; his kind heart, boundless compassion and unwavering dedication to make the world a better place are qualities that set him apart. He is always helping family and friends when they ask him to help move furniture and yard work – including ours. Jake willingly lends a helping hand with the neighbors shoveling snow or carrying in their groceries.  I have no doubt that Jake will continue to touch the lives he encounters in a positive and meaningful way.  Jake is a remarkable young man who possesses the qualities that make the world a better place.

Your Honor, I fully understand and are aware that Jake has plead guilty to the charges that were bestowed upon him. This was most devastating and heartbreaking upon hearing these accusation. Our family has shed so many tears and continue to do so. I have prayed for the strength and encouragement to face this challenge that has happened to Jake and our entire family and friends. My husband and I plead for leniency on behalf of my son, Jake. He deeply regrets the mistake he has made and is overwhelmed with remorse for his actions. We believe in his capacity to learn from his lapse in judgement, and to become a better person.

Your compassion and understanding in this matter would mean the world to our family.

Please feel free to contact me at any time should you have questions at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Thank you, Your Honor.

Gerri and Scott Flewellyn