
# EXHIBIT B

Dear Judge Shea:

I would like to introduce myself; my name is Kevin Engel.  I am an Operations Flight Coordinator Manager in the Private Aviation industry for the past 21years.  In my role I am managing 35 people and it is our Job to make sure all of our Missions are handled in a safe, legal and passenger pleasing way.   I currently live in Hiram, Georgia for the last 4 months.  I moved here with my Family due to my Company moving to Georgia, but was a Norwalk, CT resident prior for 25 years.  I have known the defendant Jake Flewellyn for his whole life. I am his uncle and have spent a lot of time with him as he developed into a fantastic young man.

Jake from birth has always been a pleasure to be around.  He was the one that gave me my nickname used by family and Friends "UNCLE".  He is fun loving, hardworking, respectful, and very kind and has been that way since birth.  I can remember going on Family Vacations together and Jake would hold the door open for other people he didn't know at the age of 10.  He would make sure his Grand Parents didn't need anything before he would get something for himself at the buffet line.  We would go on charter fishing trip together as Jake is an avid fisherman.  He always listened and followed the rules/regulations.  I can remember him helping an older Gentleman bait his line and take the fish he caught off he hook.  Jake is also a great athlete and leader.  He was an excellent Hockey player and played from a very young age.  He led his high school team as a captain but never treated the less talented player any different from the better players.  If he checked you in a game he would be right there to pick you back up.  This work ethic and mentality stayed with him throughout his life.

Jake has more recently discovered that cooking is a passion and is currently working very hard in the field to better his skills.  His father and I are both passionate about cooking.  We would cook for all parties and family events.  Now Jake has taken most of that over and has become a good Cook.  Our family has always believed in it takes a Village to raise a child and all of us have had a hand in the raising of the youth in the family.  Jake has also followed suit with that as well.  My son, who is 9 yrs younger than Jake took up hockey because of Jake.  Jake is his God Father and stepped right into that role showing him tricks and the work ethic needed to become a good player.  When my son started football, he would throw the ball with him and guide him on how to better himself.  There are some many stories over the years that I could tell you.

I fully understand and are aware that Jake has pled guilty to charges.  When it happened, it devastated not only him but the entire family.  I was shocked, hurt and very upset as I felt I my have not done what I should have as an Uncle. We all sat with him not only in a group but one on one.  After speaking with him about it, Jake was more of a support for me then I think I was for him.  There was a lot of tears shed, prayers said and support of each other.  Jake was so remorseful not only for what he did but for what it has done to the family.  That is the type of young man he is.  Worries about others before himself.  I whole heartedly believe that Jake would never want to hurt the family or anyone again in anyway.  He is extremely remorseful for what he has done.  He has lost a lot due to his actions and has grown/learned from his mistakes.  You can see this by the way he has focused himself on his new career in the food industry.  He has worked holidays, weekends, and long hours.

I hope I have shed some light on the person Jake Flewellyn.  Please feel free to contact me at ▮▮▮▮▮▮ ▮▮▮▮ or email ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ should you have any questions.

Best Regards

Kevin L. Engel