# EXHIBIT C

September 24th, 2023

Dear Judge Shea,

I would like to introduce myself, My name is Cami Engel. I am Jakes Aunt, affectionately known and nicknamed by Jake at a young age as C.C.
I've been a teacher and part owner of Apple tree Preschool in Norwalk for 30 years, working with my partner and sister Gerri Flewellyn.  As of more recent years were joined by my daughter Kelsey and Jake's brother Thomas .

I am now currently semi-retired living in Georgia with my family, having to relocate because of my Husband's Aviation Job.
When Jake was born in 1997 I had just met my Husband as well, we were and are all incredibly close. Being a passionate teacher, you can understand the Great excitement Love and Joy for one of our own to come into the family, Jake.

 I became his God Mom and promised to not only be his aunt but his friend, second Mom and always Guide him whenever he needed me. My husband and I were always so excited to visit and be with Jake growing up. He was like our own, our little Jake man.  We are a very close and loving Family.  We are always together on Holidays, vacations, weekends, and special occasions. We always greet each other with a hug and a kiss. During our time together we would play board games, laugh, go on adventures, and just have a good time. Jake played a big part at all events and gatherings. He was always respectful, happy go lucky, willing to contribute anything he could without complaint to help make it fun for all .

Jake is my son Kevin's God father; my son is 9 years younger and has always looked up to Jake especially athletically to ask advice or
 pointers on  Football and Hockey. Kevin has always felt safe and enjoys Jake's company.  I know it was a pleasure and honor for my Dad and Husband to bring Jake on fishing trips because they knew that was his passion and It gave them a chance to influence, guide and just spent time with him. At many times my husband took him on day of charter fishing trip and Jake was so Appreciative!  If I had to describe Jake I would say he's humble, helpful, caring, show's Love and empathy toward others and always there when you need him. We always saw eye to eye and never argued.

I would often go see Jake play hockey which is also his greatest passion and at which he excelled at.  He would play late games because the team needed him and he didn't want to let them down. He stayed close to his Preschool friends through the years. They always knew of his good character, work ethic,  giving nature, positive attitude, compassionate/caring manor, and loyalty. When I first learned of Jake getting in trouble and subsequently pleading guilty I was Immediately saddened and was there for Jake to reassure and comfort him like my own son. I know Jake realizes what a horrible mistake this was.   He is very remorseful; a big lesson has been learned from this mistake.

I've sat with Jake, we've cried together multiple times and have spoken extensively about the situation,  He expressed to me how very sorry and
regretful he is with his decision/actions.  He fully realizes how his decisions/action have not only to hurt him, but the effect it had on his family/friends.
as well. Jake has always been a good kid and an upstanding citizen in society.

Since day one of this situation, it appears to me that Jake has had time to reflect and contemplate the severity of his actions. I plead to you, your Honor and to this court to consider the time Jake has spent in reflection and contemplation in your decision
on his future.

If you have any further questions please do not hesitate to call or email me. Thank you.

Best regard's Cami Engel