# EXHIBIT D

September 17, 2023

Hon. Michael P. Shea
United States District Judge
United States District Court
450 Main Street
Hartford, Connecticut 06510 06103

Dear Judge Shea,

My name is Lori Woods. I was employed for 18 years prior to retirement in September 2022, from the position of Practice Coordinator of the surgical services department with Nuvance Health at the Norwalk Hospital. My decision to retire was based on both the desire to care for my 95-year-old father, as well sharing the joy of grandparenting and making myself available to my children when needed. I have lived in a single-family house in Trumbull, Connecticut for 38 years owned by myself and my husband Wayne.

Jake Flewellyn is my nephew; son of my brother Scott and sister-in-law Gerri Flewellyn.  Jake is the sixth grandchild of my Dad, and the 4th grandson.  We are and have always been, a close family with the highest of family values.  After I lost my Mom (Jake's grandmother) 21 years ago, my Dad orchestrated many family outings, vacations and get togethers.  Jake was only 5 years old at the time, but he grew up with the strongest of family bonds and morals.  Jake grew into a great athlete, playing football and hockey in his youth.  He continued as a star on the Norwalk High School hockey team, in addition to being part of a travelling team even long after he graduated.  My Dad followed Jake's love of the sport to each and every hockey game, including the many out of state games.  I will never forget the game Jake scored a "hat trick"; he skated away from the celebratory team to the glass where my Dad was standing. He yelled up "that was for you Poppa!"  Another memorable time was at an awards banquet where he was asked to speak as captain of the team.  He thanked his family for their support and recognized his grandfather as being his biggest fan.  This is a boy/man who truly loves his family and recognizes all they have done for him and with him.  My brother has a beautiful built in swimming pool, and has held numerous pool party/picnics for family and friends of all ages.  Jake has always been present, involved and thoroughly found enjoyment at these times as did we all!

I am aware that Jake has pleaded guilty to viewing and possessing child pornography.  As outraged and sickened of hearing this horrific lapse of judgement, I will never forget how Jake fell into my arms and sobbed when I went to visit him shortly thereafter.  Jake has made a terrible mistake of which he will be forever remorseful as he has made mention too many times to count.  He accepted his fate of house arrest, and all the regulations that were set forth by the court for the last year and a half in penalty of his actions.  He has begged for forgiveness, to which I have granted him and ensured him that my love for him is unconditional.

For the rest of his life this young man will live in shame for his horrible mistake made, and for this I beg for your mercy and leniency. I thank you for your time in reading my letter, and ask for your favorable consideration.

Kindest regards,
Lori Woods