# EXHIBIT E

Federal Defender Office-District of Connecticut

265 Church Street, suite 702

New Haven, CT 06510

October 2nd, 2023

Your honor,

My name is Shawn Wong Won and I am police officer, currently employed by the Westport Police Department and formerly retired from the Norwalk Police Department.  I live across the street from the Flewellyn family and over the course of the last thirty years I have gotten to know them very well.  They are decent, hardworking folks with good, old fashioned values.

Throughout the years I have had numerous opportunities to interface with Jake whether he was cutting the lawn, shoveling snow from the driveway, going back and forth to school or athletic activities, or as he hurled the hockey puck at the net in the driveway.  Jake was like any other kid growing up in the neighborhood.  He  was and is a courteous, well-mannered and a respectful young man who always took time to greet everyone who passed by.  He never ever passed me without saying hello.

Several years ago, I recalled returning home from work one evening only to find that the light fixture near the front walkway had been broken.  While I was examining the broken pieces of glass on the ground, Jake walked out from his home across the street to apologize for the alarm and inconvenience he may have caused. He explained that the fixture was broken while he was throwing a softball to a friend earlier that day.  Jake then offered to pay for the replacement cost of the fixture.  I was so moved by Jake's honesty and responsibility that I told him it was not necessary to replace the fixture and that I'd intended to update the fixture, anyway.

I learned about Jake's situation about a year ago, and like most people who knew him, I was surprised, to say the least.  I did not have any direct exchanges with Jake about his situation because I thought it may have been hurtful and inappropriate to probe into such sensitive matters.  A couple of weeks later, I attended a neighborhood pre-Thanksgiving outdoor gathering that Jake attended.  I noticed the posture of a young man who was clearly overwhelmed with a sense of deep regret and indignity as I held his hand and greeted him.  Jake uttered," I did something really stupid".   He avoided eye contact with everyone who gazed his way and shunned interface with others.   As I stood there trying to process the vast range of emotions that Jake may have been experiencing in the moment, I offered support and words of encouragement as he struggled to maintain his composure in the midst of everyone there.  It

was agonizing to watch this unfold as it did but I truly believe that Jake has learned a grave lesson in life, about choices and how it can alter the course of one's life quite significantly.

Your honor, I cannot underscore enough, the gravity of the circumstances that are at play here and the arduous task you have of deliberating this case and many others, however, it is my hope that as you preside over this case that you consider all of the redeeming qualities this young man possesses, and the many productive years that lie ahead of him to make amends and to eventually get his life back on track. I truly believe that if given the opportunity, with a strong support system, both familial and neighborhood based, that Jake will be committed to change for the better.

Respectfully,

Shawn Wong Won