# EXHIBIT F

# EXHIBIT F

October 21, 2023

Hon. Michael P. Shea
United States District Judge
United States District Court
450 Main Street
Hartford, Connecticut 06510

Dear Judge Shea,

    My name is Christopher Platt and I was born and raised in Norwalk, CT where I currently live with my wife of 25 years and two sons, aged 23 and 20.  For the past 10 years I have been a property manager in a neighboring town and before that I worked as a mechanic for 25+ years.
    We met Jake and the Flewellyn family about 15 years ago, at the time when our two boys became neighborhood friends with Jake's younger brother Tommy.  The four boys and other children from the neighborhood become quick friends and spent many hours swimming at the Flewellyns and playing street hockey for hours.  Jake had a love for hockey and played every chance he got.  He played travel hockey for years which taught him that hard work and dedication pays off.  He worked hard to earn and maintain trust which led him to the responsibility of becoming the Captain of his high school hockey team, which my son played on as well.  He was honest, respectful and trustworthy with his coaches and teammates.  Jake also went on to play in our town's hockey league to continue his love for the sport.
    I acknowledge that Jake has pleaded guilty to the charges that he is facing.  This took me by surprise as the Jake I know doesn't have such character.  I sat, listened and spoke with Jake and still do to this day since his arrest.  I've watched him going from being depressed and anxious to a young man who has taken on the responsibility of fixing and working through the mistake he made.  Right after Jake lost his job to his arrest.  He was quickly given the chance at a new job, which includes cooking.  Not only has he continuously showed up daily, he conquered this new role, he has also found a new interest and love for the industry.  He spends his free time making apps and dinners which we have the pleasure of enjoying almost every other weekend.  He is deeply regretful of this unacceptable behavior and has shown enthusiasm towards doing this right.  He is a reliable well-mannered young gentleman, and I am confident he learned from this experience and will not think of repeating it.
    I hope you accept this letter on behalf of Jake and I ask that before you pass on any verdict you consider favorable leniency.  I still believe Jake to be an honorable individual, a valued member of my community, and a good human being.  Should you need any further information you can contact me at platt16@hotmail.com

Sincerely,

Christopher Platt