# EXHIBIT G

September 15, 2023

Dear your Honor,

My name is Lewis Avrick of ▮▮▮▮▮▮▮▮▮▮ Ct. I am 58 years old have lived in Norwalk, Ct. my whole life. The reason for this letter is to tell you how I know Jake Flewellyn of ▮▮▮▮▮▮▮▮. I have known the Flewellyn family for the past 40 years. I went to school with Gerri and Scott who is Jake's parents. Scott and Gerri and their family live on my street. For the past 22 years we have tried to get together twice a month for family night. I have seen Jake grow up from a little baby to a grown man. I have a moving business and Jake has worked for me many times when I needed him. He shows up on time and works very hard, he works well with my crew and I can give him a job and he will complete it. He has a great group of friends playing hockey and still stays in touch with them. As you know, he has a full-time job in the catering business and he has been on time and punctual every day and that is a big thing these days for a young kid to do. He has a great family including his grand father that he loves to spend time with. Jake, helps cutting the lawn and keeping the yard clean.

Your Honor. I hope you will read these letters that are being sent to you and understand what kind of kid Jake is and hope you will take the right step and best outcome for what Jake did. Thank you for your time to read this letter.

Sincerely,

*Lewis Avrick* (signature)

Lewis Avrick