# EXHIBIT H

Your Honor,
My name is Tracy Peden I have been a resident of Norwalk my entire life. I have been married for 39 years to my husband David and we have 3 children . I work as a caterer with my eldest daughter , Lauren, we have been in business together for 15 years .

I have know Jake Flewellyn's father, Scott probably for 40 years if not longer , he and my brother have known each other since elementary school . We have kept on touch over the years. Scott his wife Geri and even Jake's grandfather , whom I've also known for a very long time , (we worked at the same place for years ) have always supported our catering business. It was during this time I had become more familiar with Jake . I will say it is a rarity to find a young man Jake's age who is so very polite and just a genuinely a nice person , never a wise guy, very respectful of adults. I also find it very refreshing to see how close he and his parents are, I know they do so much together as a family. I would also like to add I have never in the year and a half  seen Jake angry or loose his temper.

Your Honor about a year and a half ago Jake  and his dad came to us, after the news of his arrest came out in public and asked for a job.
We knew at that point he had been let go from his previous employer.(That day alone I saw in his face the quilt of what happened how he embarrassed his family) knowing his family and becoming more familiar with Jake my daughter and I talked about it and my daughter hired Jake we told him we need help we will give it a try and see how it goes. Jake was very grateful for the job. We have a small kitchen and it seemed to be a good fit . To this day no matter what we have asked of Jake , be the trash , washing floors, washing dishes , prep work , packaging the to go order etc he has never complained not once just said "sure no problem." Working in small quarters we talk and hear about each others lives. My mom of 86 had a rough year last year and  just about everyday Jake would ask me how she was doing with a kind heart . As I said a very kind/polite/ nice young man !

In regards to Jake's arrest, we have talked about it minimally, I would never put him in an uncomfortable situation if he didn't want to talk , but from the conversation we have had I know he carries a lot of guilt for what he had put his family through and for what he had done. I personally   can hear remorse in his voice . Would he do it again, I wouldn't believe he would. Jake has so much potential I can't see him letting himself or his family down ever  again . How I feel about  Jake good kid , good  heart , stupid decisions.
 I would like to ask you for favorable consideration for Jakes past actions

Tracy Peden