UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                            CRIMINAL NO. 3:23-00138 (MPS)

JAKE FLEWELLYN                                 November 28, 2023

## MOTION TO FILE DOCUMENT UNDER SEAL

    Mr. Jake Flewellyn respectfully requests permission for leave to file Exhibits I and J to Defendant's Sentencing Memorandum under seal. In support of this Motion, the defense represents that the filing of Exhibits I and J under seal is in the interest of justice as they contain sensitive and medical information.

Respectfully submitted,

THE DEFENDANT,
Jake Flewellyn

OFFICE OF THE FEDERAL DEFENDER

Dated: November 28, 2023

/s/ Allison N. Kahl
Allison N. Kahl
Assistant Federal Defender
10 Columbus Blvd., 6th Fl.
Hartford, CT 06106
Phone: (203) 498-4200
Bar No.: phv206792
Email: allison_kahl@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 28, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/ Allison N. Kahl
                                            Allison N. Kahl