UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.  CRIMINAL NO. 3:23-CR-00138 (MPS)

JAKE FLEWELLYN  December 19, 2023

### REPLY SENTENCING MEMORANDUM

Jake Flewellyn respectfully submits this brief reply to address one point in the government's sentencing memorandum (Doc No. 71) regarding his mental health issues. The government states that it is "sympathetic to Mr. Flewellyn's mental health issues, and they should be considered under the 3553(a) factors in determining an appropriate sentence, but in the government's view, these circumstances do little to explain or mitigate his receiving and distributing child pornography." Doc. No. 71 at 6. But Dr. Thomas's' declaration describes research revealing that symptoms of depression, anxiety, and grief can impact one's decision-making abilities and can lead to problematic pornography use, including both adult and child pornography, as a form of maladaptive coping. Ex. I ¶¶ 10, 20. Mr. Flewellyn has a history of inappropriate coping mechanisms, including substance use, consistent with these untreated symptoms of mental illness. These are not offered as excuses or to minimize the severity of the offense, but to provide context for Mr. Flewellyn's poor judgment and decision making when he viewed, accessed, and shared (but did not save) child pornography for a limited period and in a manner typical of teenagers or young adults isolated and seeking out others on the internet by clicking, copying, and pasting.

Moreover, Dr. Thomas also provided specific treatment recommendations to address Mr. Flewellyn's symptoms of depression, anxiety, and grief, which will improve, and have improved, his decision-making abilities and reduce any risk factors for problematic pornography use, including both

adult and child pornography use. Separately, Dr. Hobson, who is currently treating Mr. Flewellyn, also determined that Mr. Flewellyn has a very low risk of recidivism, and importantly, effective evidence-based treatment that addresses his mental health symptoms will further reduce his risk of any future problematic pornography use. Ex. J; *see also* Ex. I. Mr. Flewellyn has fully complied with strict conditions of his pre-trial release for the past 19 months, abstained completely from the internet and drugs, voluntarily engaged successfully in sex offender treatment, and recently engaged in individual therapy.

For the reasons explained herein and in Mr. Flewellyn's sentencing memorandum, Mr. Flewellyn respectfully asks that the Court impose a sentence of two years' imprisonment followed by at least five years of supervised release because it is the sentence that is sufficient but not greater than necessary to serve the purposes of sentencing.

Respectfully submitted,

THE DEFENDANT,
Jake Flewellyn

OFFICE OF THE FEDERAL DEFENDER

Dated: November 28, 2023

/s/ Allison N. Kahl
Allison N. Kahl
Assistant Federal Defender
10 Columbus Blvd., 6th Fl.
Hartford, CT 06106
Phone: (203) 498-4200
Bar No.: phv206792
Email: allison_kahl@fd.org

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 28, 2023, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                    /s/ Allison N. Kahl
                                                    Allison N. Kahl