Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

### United States District Court

District of **CONNECTICUT**

Caption:

**UNITED STATES** v.

**JAKE SCOTT FLEWELLYN**

Docket No.: **3:23-cr-00138-MPS**
**The Hon. Michael P. Shea**
(District Court Judge)

Notice is hereby given that **Jake Scott Flewellyn** appeals to the United States Court of Appeals for the Second Circuit from the judgment ✔, other [ ] _____ (specify) entered in this action on **01/25/2024**.
(date)

This appeal concerns: Conviction only [ ]   Sentence only [✔]   Conviction & Sentence [ ]   Other [ ]

Defendant found guilty by plea [✔] | trial [ ] | N/A [ ].

Offense occurred after November 1, 1987?   Yes [✔]   No [ ]   N/A [ ]

Date of sentence: **01/24/2024**   N/A [ ]

Bail/Jail Disposition: Committed [✔]   Not committed [ ]   N/A [ ]

Appellant is represented by counsel? Yes [✔] | No [ ]   If yes, provide the following information:

Defendant's Counsel: Allison Kahl, Assistant Federal Defender
Counsel's Address: Federal Defender Office
10 Columbus Blvd, FL, Hartford, CT 0610
Counsel's Phone: 860-493-6260

Assistant U.S. Attorney: Robert S. Dearington, Assistant U.S. Attorney
AUSA's Address: United States Attorney's Office
157 Church Street, 25th FL, New Haven, CT 06510
AUSA's Phone: 203-821-3700

/s/ Allison Kahl
Signature