UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

vs.                                                     CRIMINAL NO. 3:23-CR-00138 (MPS)

JAKE FLEWELLYN                                          March 8, 2024

## MOTION TO MODIFY CONDITIONS OF RELEASE TO EXTEND CURFEW ON SATURDAY, MARCH 9, 2024

Jake Flewellyn, though undersigned counsel, respectfully moves to modify his conditions of release to permit an extended curfew to midnight on Saturday, March 9, 2024. The Probation Office and the government defer to the Court. In support of the motion, undersigned counsel represents as follows:

1.      Mr. Flewellyn pleaded guilty to one count of accessing with intent to view and possessing child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2), on July 31, 2023. Doc. Nos. 48-49. He was sentenced to 24 months' imprisonment and allowed to self surrender on March 15, 2024 to Bureau of Prison's custody. Doc. No. 80. He has been designated and will surrender on that date.

2.      Mr. Flewellyn is requesting a brief extension of his curfew to midnight for tomorrow, Saturday, March 9, 2024, to permit him to celebrate his mother's birthday with family and friends at a restaurant location known to both Probation and the government in Connecticut. Mr. Flewellyn will still remain in his home for the required hours and seeks only to shift the timing of his curfew for this one night prior to his self-surrender next week.

3.      Undersigned counsel has conferred with Assistant United States Attorney Robert S. Dearington and Probation Officer Michael Jones, both of whom defer to the Court on the requested modification.

Respectfully Submitted,

THE DEFENDANT,
Jake Flewellyn

FEDERAL DEFENDER OFFICE

Date: March 8, 2024

/s/ Allison Kahl
Allison Kahl
10 Columbus Blvd., 6th Fl.
Hartford, CT 06106
Phone: (203) 498-4200
Bar No.: phv206792
Email: allison_kahl@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 08, 2024, a copy of the foregoing motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Allison Kahl
Allison Kahl

3