# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of August, two thousand twenty-four.

Before:    Sarah A. L. Merriam,
          *Circuit Judge.*

---

United States of America,

    Appellee,

v.

Jake Scott Flewellyn,

    Defendant - Appellant.

**ORDER**

Docket No. 24-324

---

The Government moves for a limited remand Federal Rule of Appellate Procedure 12.1 to allow the district court to modify the Appellant's conditions of supervised release.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/21/2024